UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:06CR13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MELISSA DAWN CURTIS SISK | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Application to File Her Position Re: Sentencing Under Seal (document #61) filed by the Defendant, Melissa Dawn Curtis Sisk, on April 9, 2007. The Defendant asserts that there is information contained in her sentencing memorandum that should not be disclosed to the public for security and privacy reasons. The undersigned has reviewed the sentencing memorandum and is in agreement with the Defendant.

**IT IS THEREFORE ORDERED** that Defendant's Application to File Her Position Re: Sentencing Under Seal is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the Defendant's Sentencing Memorandum (document #62) shall be filed with the Court under seal.

Signed: April 11, 2007

David C. Keesler
United States Magistrate Judge